## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiffs,**

**vs.**

                                        **Case No. C2-04-092**
                                        **Judge Edmund A. Sargus, Jr.**
                                        **Magistrate Judge Terence P. Kemp**

**JOHN DOE, Representative of the Estate of**
**JOHN M. SCHLICHTER, et al.,**
    **Defendants.**

## ORDER

This matter has been pending on the Court's docket since February 4, 2004.  The parties have engaged in extensive third-party practice and have already submitted various dispositive motions, including motions to dismiss, motions for summary judgment and motions for reconsideration. Pursuant to Court's Order dated March 21, 2007 requiring a joint status report, the parties now inform the Court that all Defendants, with the exception of Donna Schlichter, have been dismissed. The remaining parties also indicate that they would like an additional forty-five (45) days to "continue exploring the possibility of settlement," and, failing a compromise, request yet another period for dispositive motions, followed by a potential trial.

For purposes of docket administration, this case will be and hereby is **ADMINISTRATIVELY CLOSED**. The parties are directed to continue in their efforts to reach a settlement, and notify the Court in writing of the status of this case within **SIXTY (60) DAYS** of the date of this Order.  At that time, if the parties are not successful in reaching a compromise, the Court will then address the parties' request for additional dispositive motions, and set the matter for an immediate trial.

    **IT IS SO ORDERED.**

3-27-2007
_____
**DATED**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**